# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RHUBIN SCOTT, JR.

NO. 2022 KW 0013

**MARCH 28, 2022**

---

In Re:    Rhubin Scott, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 737,591.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** As an incarcerated pro se inmate, relator may seek review of the district court's judgment denying postconviction relief without the necessity of obtaining a return date. However, relator failed to include a copy of the application for postconviction relief, the district court ruling on the application, all pertinent transcripts and/or minute entries, and any other portions of the district court record that might support the claims raised in the application for postconviction relief. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling. In the event relator elects to file a new application with this court, the application must be filed on or before May 24, 2022.

**JMM**
**WIL**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT